

SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**
NOV 1 0 2008
J. T. NOBLIN, CLERK
BY_____DEPUTY

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### EASTERN DIVISION

UNITED STATES OF AMERICA

V.                                          CRIMINAL NO. 4:04CR19WN

DARRYL LAVESKI STEWART

### ORDER REDUCING SENTENCE

This cause is before the Court on the Defendant's motion for reduction based upon the amendment to U.S.S.G. §2D.1.1 and having considered the motion, the Court concludes that the motion for reduction will be granted.

**IT IS THEREFORE ORDERED** that, pursuant to authority under 18 U.S.C. § 3582 (c) (2) and Federal Rule of Criminal Procedure 43 (b) (4), Defendant's motion for retroactive application of sentencing guidelines to crack cocaine offenses is granted. Accordingly, the court hereby ORDERS as follows:

1.    Defendant's sentence is reduced from 151 months to 121 months; and

2.    All other terms and provisions of the original judgment remain in effect.

**SO ORDERED** on this the _10th_ day of ~~August~~ November, 2008.


_____
UNITED STATES DISTRICT JUDGE

SUBMITTED BY:                          APPROVED BY:


_/s/ Sanford E. Knott _____      _/s/ Greg Kennedy_____
SANFORD E. KNOTT, MSB #8477         GREG KENNEDY, MSB #9389
COUNSEL FOR DEFENDANT               ASSISTANT U.S. ATTORNEY